**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ADAM WAGNER,**

**Plaintiff,**

**v.** **Civil Action No. 1:25-cv-01376-AJT-IDD**

**ATRIUM MANAGEMENT COMPANY, LLC d/b/a ATRIUM PROPERTY MANAGEMENT, AND REALPAGE, INC.,**

**Defendants.**

# DEFENDANT REALPAGE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant RealPage, Inc. ("RealPage") hereby makes the following disclosure.

RealPage, Inc. is a Delaware corporation. RealPage, Inc. is a privately held company that is a wholly owned subsidiary of RealPage Holdings, LLC. The sole member of RealPage Holdings, LLC is RealPage Intermediate Holdings, Inc. RealPage Intermediate Holdings, Inc. is wholly owned by RealPage Parent, LP, which is a private partnership. No publicly held corporation owns 10% or more of RealPage Parent, LP.

**REALPAGE, INC.**

By: *<u>/s/ Timothy J. St. George</u>*

Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for RealPage, Inc.*
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: timothy.st.george@troutman.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of September 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.


*<u>/s/ Timothy J. St. George</u>*
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for RealPage, Inc.*
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: timothy.st.george@troutman.com