**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ADAM WAGNER, on behalf of himself and others similarly situated,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ATRIUM MANAGEMENT COMPANY, LLC d/b/a ATRIUM PROPERTY MANAGEMENT**<br><br>**And**<br><br>**REALPAGE, INC.**<br><br>Defendants. | **Case No. 1:25-cv-01376-AJT-IDD** |

**DEFENDANT ATRIUM MANAGEMENT COMPANY, LLC'S**
**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Atrium Management Company, LLC ("AMC"), via undersigned counsel, certifies the following:

1. There are no AMC parents, subsidiaries and/or affiliates that have issued stock or debt securities to the public.

2. There are no publicly held entities that own 10% or more of AMC.

3. The following individuals and/or entities are members of AMC:

- Adam Wonus;
- Michael Krause; and
- Dodson Property Management, LLC.

Dated: September 10, 2025

Respectfully submitted,

ATRIUM MANAGEMENT COMPANY, LLC

By: /s/ Joseph P. Bowser
Joseph P. Bowser (VA Bar No. 88399)
Carl Taylor Smith (VA Bar No. 97376)
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Telephone: (804) 441-8701
(804) 729-4440
Facsimile: (804) 441-8438
Email: jbowser@rothjackson.com
tsmith@rothjackson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2025 a copy of the foregoing document was served via this Court's Electronic Case Filing (ECF) system upon:

William Robinson
319 N. Piedmont St., #1
Arlington, VA 22203
Telephone: 703-789-4800
Email: wprlegal@gmail.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Camel Ave.
Glenside, PA 19038
Telephone: 215-225-5529
Email: a@perronglaw.com

*Counsel for Plaintiff*

/s/ Joseph P. Bowser___
Joseph P. Bowser