**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| ADAM WAGNER, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO.  3:25-cv-768 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ATRIUM MANAGEMENT COMPANY, LLC d/b/a ATRIUM PROPERTY MANAGEMENT | : | |
| | : | |
| AND | : | |
| | : | |
| REALPAGE, INC. | : | |
| | : | |
| Defendants. | | |

_____/

**[PROPOSED] SCHEDULING ORDER**

Pursuant to this Court's order of February 18, 2026, and an Initial Pretrial Conference having been held, the Court enters the following scheduling order:

- o Close of Fact Discovery

  - August 20, 2026

- o Rule 26 Expert Disclosures and Expert Report Deadline

  - September 21, 2026

- o Rebuttal Expert Report Deadlines

  - October 21, 2026

- o Close of Expert Discovery

  - November 20, 2026

- o *Daubert*/Fed. R. Evid 702 Motion Deadline

  - January 25, 2027

- Rule 23 Class Certification Motion filing deadline

  - January 25, 2027

- Opposition to Rule 23 Class Certification Motion filing deadline

  - February 25, 2027

- Reply to Rule 23 Class Certification Motion

  - March 18, 2027

- Summary Judgment Motions deadline

  - January 25, 2027

- Opposition to Summary Judgment Motions

  - February 25, 2027

- Reply to Summary Judgment Motions

  - March 18, 2027

- Hearing on Class Certification/Summary Judgment Motions

  - Third or fourth week of April 2027

- Notice period, if class certification if is granted: 90 days

- Status Conference to set final pretrial conference and trial dates within thirty days of the Court's decision on both class certification and summary judgment.

Entered this _____ day of _____, 2026

*BY THE COURT:*

_____, J.

2