**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ADAM WAGNER, *on behalf of himself and others similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:25CV768 (RCY) |
| ATRIUM MANAGEMENT COMPANY, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

NOTICE IS HEREBY GIVEN that that Plaintiff Adam Wagner and Defendants Atrium Management Company, LLC, and RealPage, Inc. (collectively, the "Parties") have resolved the claims raised in this matter and are in the process of finalizing a settlement agreement. The Parties respectfully request that the Court adjourn all deadlines in this matter.

Dated: September 16, 2026

Respectfully submitted,

By: *<u>/s/ Timothy St. George</u>*

Timothy St. George
Noah DiPasquale
Troutman Pepper Locke LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
(804) 697-1266
Email: timothy.st.george@troutman.com
Email: noah.dipasquale@troutman.com

David Michael Gettings
Troutman Pepper Locke LLP
222 Central Park Avenue, Ste 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Fax: (757) 687-7510
Email: dave.gettings@troutman.com

*Counsel for Defendant RealPage, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2026, I served the foregoing via electronic mail to all counsel of record.

*/s/ Timothy St. George*
Timothy St. George